**UNITED STATES of America,**

v.

**Bryant SHEARD, Appellant.**

**No. 02–2149.**

United States Court of Appeals, Third Circuit.

Submitted pursuant to Third Circuit LAR 34.1(a) March 31, 2003.

Decided April 4, 2003.

Before McKEE, SMITH and COWEN, Circuit Judges.

OPINION OF THE COURT

McKEE, Circuit Judge.

Bryant Sheard appeals from the judgment of sentence that was entered following the district court's acceptance of Sheard's guilty plea pursuant to a written plea agreement. Defense counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) in which counsel avers that, "after a conscientious examination of the record,

[he] could find no non-frivolous issues for appeal." Appellant's Br. at 17. Accordingly, we will affirm the judgment of sentence.